UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/11

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE STATE OF NEW YORK, AND THE NEW YORK
STATE DEPARTMENT OF CORRECTION'S, THE CITY
OF NEW YORK, AND THE NEW YORK CITY
DEPARTMENT OF CORRECTION'S, NEW YORK
POLICE DEPARTMENT, 45th PRECIENT, JAMES
CHRISTOS, HECTOR PEREZ, MICHAEL BRUESTLE,
ABRAHAM GARCIA, JOHN DOE-ARRESTING
OFFICER-I.D. # 897451 ARREST# B03611914,

**AMENDED
COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

10 Civ. 1315 _____ (LAP) (RWS)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

## I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff     Name Gaetano D'Attore

ID # 10A5728
Current Institution UPSTATE CORRECTIONAL FACILITY
Address P.O. BOX 2001, Malone, New York 12953

*Rev. 01/2010*                                1

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name THE STATE OF NEW YORK    Shield # N/A
Where Currently Employed ATTORNEY GENERAL, OFFICE OF THE
Address ATTORNEY GENERAL, CAPITOL BUILDING, Albany, New York 12224

Defendant No. 2    Name NYS DEPT. OF CORRECTION'S    Shield # N/A
Where Currently Employed THE HARRIMAN STATE CAMPUS/UPSTATE C.F.
Address 1220 Washington Avenue - Building 2
Albany, New York 12226-2050

Defendant No. 3    Name THE CITY OF NEW YORK    Shield # N/A
Where Currently Employed CORPORATION COUNSEL/LAW DEPT
Address 100- Church Street, New York, NY 10007

Defendant No. 4    Name NYC DEPT. OF CORRECTION'S    Shield # N/A
Where Currently Employed 75-20 Astoria Boulevard, East
Address Elmhurst, New York 11370

Defendant No. 5    Name NEW YORK POLICE DEPARTMENT    Shield # N/A
Where Currently Employed 45th Precient, 2877 Barkley Ave,
Address Bronx, NY 10465 / One Police Plaza, N.Y.C. 10038

See "ATTACHED LIST" (2a)

## II.   Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

NYC Police Dept., 45th Precient/BRONX SUPREME COURT/ NYC DEPT. OF CORRECTIONS/ NYS DEPT. OF CORRECTIONS

B.    Where in the institution did the events giving rise to your claim(s) occur?

INTAKE/PART-60, PART-TR-22/RIKERS ISLAND INTAKE/DOWNSTATE CORRECTIONAL FACILITY RECEPTION

# "ATTACHED LIST"

B.    List all defendants' names, positions, places of employment, and the address where each
defendant may be served.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. **6**    Name **JAMES CHRISTOS**                Shield # ~~N/A~~ **9544**
Where Currently Employed **NEW YORK POLICE DEPARTMENT**
Address **45th PRECINCT, 2877 BARKLEY AVENUE,
BRONX, New York 10465**

Defendant No. **7**    Name **HECTOR PEREZ (Sergeant)**        Shield # **N/A**
Where Currently Employed **NEW YORK POLICE DEPARTMENT**
Address **45th PRECINCT, 2877 BARKLEY AVENUE,
Bronx, New York 10465**

Defendant No. **8**    Name **MICHAEL BRUESTLE**               Shield # **N/A**
Where Currently Employed **NEW YORK POLICE DEPARTMENT**
Address **1 Police Plaza, N.Y.C. 10038**

Defendant No. **9**    Name **ABRAHAM GARCIA (COMMAND-FIU)**  Shield # **N/A**
Where Currently Employed **GUN STOPPERS PROGRAM, NEW YORK**
Address **POLICE DEPARTMENT- 1 Police Plaza, N.Y.C.
10038**

Defendant No. **10**   Name **JOHN DOE-ARREST #803611914
ARRESTING OFFICER-I.D. #897451**        Shield # ~~N/A~~ **897451**
Where Currently Employed **NEW YORK POLICE DEPARTMENT**
Address **45th PRECINCT, 2877 BARKLEY AVENUE,
Bronx, New York 10465**

## H.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant
events.  You may wish to include further details such as the names of other persons involved in the
events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of
paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

_____

_____

B.    Where in the institution did the events giving rise to your claim(s) occur?

C.    What date and approximate time did the events giving rise to your claim(s) occur?

April 12, 2007, at approx. 11:00 PM / June 21, 2007, at approx. 10:00 AM April 14, 2007, at approx. 7:00 AM / December 8, 2010, at approx. 3:00 PM.

D.    Facts: Arrested unlawfully, illegally, Detained unlawfully, Illegally, Convicted and Sentenced unlawfully, illegally, Major physical injuries to head, neck, back, body, mental anguish.

| What happened to you? |
| --- |

Arresting officer- I.D. # 897457 (Caucasian Male) tried to kill me, NYPD, 45th Precinct detectives broke into my home illegally, unlawfully, with no search warrant / no arrest warrant / no exigent circumstances- Specifically, JAMES CHRISTOS, HECTOR PEREZ / Police Officer-MICHAEL BRUESTLE falsified, forged voucher documents, committed perjury ABRAHAM GARCIA broke into my home, with no consent / search / arrest warrant

| Who did what? |
| --- |

Detective ABRAHAM GARCIA, BRONX DISTRICT ATTORNEYS OFFICE, OMAR WICZYK, JOHN P. COLLINS, STEVEN L. BARRETT, CASSANDRA A. MULLEN, NORMA SILVA DACONCEICAO, LAURA ANN STEINHOFF

| Was anyone else involved? |
| --- |

NYC DEPT. OF CORRECTION'S PERSONNEL / COURT PERSONNEL / NYS DEPT. OF CORRECTION'S PERSONNEL / COURT PERSONNEL / LARRY SHEEHAN / ELISA ALBO / SARAH (MARIA) TOBIA / MARC DEMARCO / RICHARD W. BARTON / NYPD PERSONNEL, OFFICERS FROM THE 45th PRECINCT POLICE / LAURA ANN STEINHOFF/ NORMA SILVA DACONCEICAO / KRISTEN DELANO / DOUG TUCCI, JOHN DOE-(BILLY) Description- Caucasian Male, approx. 5'10", approx. 175 lbs., approx. 28 yrs. old, shoulder length dirty blonde hair, clean shaven, Pock marked face, brown eyes, alot of acne, fair skinned, no criminal record, friend of Brian Kearney.

| Who else saw what happened? |
| --- |

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you requested and received. MENTAL ANGUISH, EMBARRASSMENT, DEPRESSION, ANGER, FRUSTRATION, HEIGHTENED ANXIETY, FEAR, NIGHTMARES, SLEEPLESSNESS, RESTLESSNESS, WORRISOME, STRESS, DURESS, MEDICAL DEPRIVATION, ASCERBATION OF PRIOR INJURIES TO HEAD, NECK, BACK, LEG / FOOT, NERVES (SEVERE SHOCK) AND TO NERVOUS SYSTEM / LACERATION(S) TO HEAD

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __✓__   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). AMKC/OBCC/

NYC D.D.C. CRIKER ISLAND-VCBC/GMDC/GRVC/NIC/BRONX SUPREME COURT/ NYS D.D.C. DOWNSTATE C.F./WALSH R.MU./FIVE POINTS C.F./UPSTATE C.F./NYPD, 45th PRECIENT

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __✓__   No ____   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know __✓__

If YES, which claim(s)?

_____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __✓__   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes __✓__   No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

GOVERNOR'S OFFICE/ATTORNEY GENERAL/NYS COURT OF CLAIMS/ USDC/SDNY/BRONX DISTRICT ATTORNEYS OFFICE/S. CT. APP. DIV. 1st DEPT

1.   Which claim(s) in this complaint did you grieve?   ALL _____

_____

2.   What was the result, if any?   PENDING _____

_____

3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. US C.O.A./USDC/SDNY-WRIT OF HABEAS CORPUS-NO RESPONE.

_____

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:   N/A

_____

_____

_____
_____
_____

2.   If you did not file a grievance but informed any officials of your claim, state who you
     informed, when and how, and their response, if any:

ALL STATE AGENCIES BY LETTER/MOTIONS IN 2007/08/09/10/11
NYS DIVISION OF PAROLE/NYS COURT OF CLAIMS/
LEGAL AID SOCIETY/INNOCENCE PROJECT
_____
_____
_____

G.   Please set forth any additional information that is relevant to the exhaustion of your
     administrative remedies.

I'VE APPEALED TO ALL STATE AGENCIES/COURTS, AND
NOW TO USDC/SDNY- 11 CIV 2987 (TPG) AND STILL AWAIT
A RESPONSE TO CPL §30.30 (1a), WRIT OF HABEAS CORPUS
_____
_____
_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
        administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any,
that you are seeking and the basis for such amount). FOR A COURT ORDER TO BE ISSUED
RELEASING MY PERSON FROM CUSTODY IMMEDIATELY - FOR THE
INDICTMENTS TO BE DISMISSED/ACCUSATORY INSTRUMENTS TO
BE DISMISSED, FOR ALL GOVERNMENT OFFICIAL'S FOR THE CITY
OF NEW YORK, STATE OF NEW YORK INVOLVED IN MY UNLAWFUL,
ILLEGAL ARREST, DETAINMENT, CONVICTION, SENTENCING
TO BE PROSECUTED, TERMINATED FROM THEIR POSITIONS,
FOR MY PERSON TO BE AWARDED $50,000,000.00 (FIFTY
MILLION DOLLARS AND ZERO CENTS) IN MONETARY COMPENSATION,
OR IN THE ALTERNATIVE, FOR MY PERSON TO BE RELEASED
IMMEDIATELY FROM CUSTODY PENDING AN APPEAL, AND IF
ACQUITTED OF WRONGFUL, UNLAWFUL ARREST/DETAINMENT/
CONVICTION TO BE AWARDED IN FULL THE ABOVE-STATED RELIEF.

_____

_____

**VI.**     **Previous lawsuits:**

<div style="border:1px solid">On these claims</div>

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes  ✓   No _____

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.     Parties to the previous lawsuit:

Plaintiff  Gaetano D'Attore

Defendants  THE CITY OF NEW YORK, et al.,

2. Court (if federal court, name the district; if state court, name the county)  USDC/ SOUTHERN DISTRICT OF NEW YORK

3.     Docket or Index number  10 CIV 0815 (JSR) (MHD)

4.     Name of Judge assigned to your case  JED S. RAKOFF/MICHAEL H. DOLINGER

5.     Approximate date of filing lawsuit  JANUARY 4th, 2010

6.     Is the case still pending? Yes  ✓   No _____
       If NO, give the approximate date of disposition  N/A

7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  N/A

_____

<div style="border:1px solid">On other claims</div>

C.     Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓   No _____

D.     If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.     Parties to the previous lawsuit:

Plaintiff  Gaetano D'Attore

Defendants  THE CITY OF NEW YORK, et al.,

2.     Court (if federal court, name the district; if state court, name the county)  BRONX COUNTY

3.     Docket or Index number  305130/08

4.     Name of Judge assigned to your case  Justice SCHACHNER

5.     Approximate date of filing lawsuit  August 28, 2008

6. Is the case still pending? Yes ✓ No ____
   If NO, give the approximate date of disposition ____N/A____

7. What was the result of the case? (For example: Was the case dismissed? Was there
   judgment in your favor? Was the case appealed?) ____N/A____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 25 day of October , 20 11.

Signature of Plaintiff      _Gaetano D'Attore_

Inmate Number      10A5728

Institution Address      UPSTATE CORRECTIONAL FACILITY
                         P.O. BOX 2001
                         Malone, NY 12953

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.

I declare under penalty of perjury that on this 27 day of October , 20 11, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court
for the Southern District of New York.

Signature of Plaintiff:      _Gaetano D'Attore_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Arresting officer- ID 897451, et al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 1315  (LAP) (RWS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of GAETANO D'ATTORE ,
*(name)*
affirmed on August 20 , 20 11 , and upon the exhibits attached thereto *(delete if no*
*(date)*
*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, (plaintiff)/defendant will move this Court, before
*(circle one)*
LORETTA A. PRESKA , United States (District)/Magistrate Judge, for an order
*(Judge's name)*                                              *(circle one)*
pursuant to Rule 15a of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: an order to Second Amend the complaint and summons to
properly name the defendants, and to dismiss most agents servants,
employees, representatives from the complaint, and to allow plaintiff
60 days to complete amended (Second) complaint to file with this Court

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:  Seneca , New York        Signature Gaetano D'Attore
*(city)*       *(state)*               Address FIVE POINTS C.F., 6600 State Route 96,
August 20 , 20 11   P.O. Box 119, Romulus, N.Y. 14541
*(month)* *(day)* *(year)*       Telephone Number  N/A
                        Fax Number *(if you have one)*  N/A

RECEIVED
OCT - 2 2011
PRO SE OFFICE

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

10 Civ. 1315 (CAP) (RWS)

- against -

Arresting Officer- ID 897457, et. al.,

**AFFIRMATION IN
SUPPORT OF MOTION**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

I, Gaetano D'Attore , **affirm under penalty of perjury** that:
_(name)_

1.    I, Gaetano D'Attore , am the plaintiff/defendant in the above entitled action,
_(name)_

and respectfully move this Court to issue an order for a Second Amended Complaint
_(circle one)_
_(state what you want the Judge to order)_

2.    The reason why I am entitled to the relief I seek is the following _(state all your reasons_
_using additional paragraphs and sheets of paper as necessary):_ To properly name the defendants,
and to dismiss most agents, servants, employees, representatives for the
City of New York, State of New York, NYC/NYS Dept. of Corrections, and to
allow for 60 Days to properly, concisely amend complaint & summons.

**WHEREFORE,** I respectfully request that the Court grant this motion, as well as such
other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:   Seneca , New York        Signature  Gaetano D'Attore
_(city)_        _(state)_         Address  FIVE POINTS CORRECTIONAL FACILITY
August     20, 20 11             6600- State Route 96, P.O. Box 119, Romulus, N.Y. 14541
_(month)_   _(day)_   _(year)_   Telephone Number        N/A
                                 Fax Number _(if you have one)_     N/A

_Rev. 05/2010_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Arresting officer- ID 897451, et al.,
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

_10_ Civ. _1315_ _(LAP)_ _(RWS)_

**AFFIRMATION OF SERVICE**

I, Gaetano D'Attore
_____, declare under penalty of perjury that I have
*(name)*

served a copy of the attached Notice of Motion, Affirmation In Support of Motion
_____
*(document you are serving)*

upon Loretta A. Preska
_____  whose address is USDC/SDNY
*(name of person served)*

500 Pearl Street, Rm 230 New York, New York 10007
_____
*(where you served document)*

by United States Postal Service, Regular mail
_____
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Seneca , New York
       *(town/city)*      *(state)*

August        20 , 20 11
*(month)*    (day)  (year)

Signature: Gaetano D'Attore
*Signature*

FIVE POINTS CORRECTIONAL FAC.
*Address*

6600 State Route 96, P.O. Box 119
*City, State*

Romulus, New York 14541
*Zip Code*

N/A
*Telephone Number*

*Rev 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

$\underline{10}$ Civ. $\underline{1315}$   (LAP) (RWS)

- against -

Arresting officer - ID 897451, et al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of GAETANO D'ATTORE ,

*(name)*

affirmed on $\underline{August\ 20}$ , 20 $\underline{11}$ , and upon the exhibits attached thereto *(delete if no*

*(date)*

*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, (plaintiff)/defendant will move this Court, before

*(circle one)*

LORETTA A. PRESKA , United States (District)/Magistrate Judge, for an order

*(Judge's name)*                                           *(circle one)*

pursuant to Rule $\underline{15a}$ of the Federal Rules of Civil Procedure granting *(state what you want the*

*Judge to order)*: an order to Second Amend the complaint and summons to

properly name the defendants, and to dismiss most agents, servants,

employees, representatives from the complaint, and to allow plaintiff

60 days to complete amended (second) complaint to file with this Court

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: $\underline{Seneca}$ , $\underline{New\ York}$    Signature Gaetano D'Attore

*(city)*       *(state)*       Address FIVE POINTS C.F., 6600 State Route 96,

$\underline{August\ 20}$ , 20 $\underline{11}$    P.O. Box 119, Romulus, N.Y. 14541

*(month)*  *(day)*  *(year)*     Telephone Number  N/A

Fax Number *(if you have one)*  N/A

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Arresting officer- ID 897457, et. al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 1315 (KAP) (RWS)

**AFFIRMATION IN
SUPPORT OF MOTION**

I, Gaetano D'Attore , **affirm under penalty of perjury that:**
   *(name)*

1.   I, Gaetano D'Attore , **am the plaintiff/defendant in the above entitled action,**
   *(name)*                                    *(circle one)*

**and respectfully move this Court to issue an order** for a Second Amended Complaint
                                                         *(state what you want the Judge to order)*

2.   **The reason why I am entitled to the relief I seek is the following** *(state all your reasons*

*using additional paragraphs and sheets of paper as necessary):* To properly name the defendants,
and to dismiss most agents, servants, employees, representatives for the
City of New York, State of New York, NYC/NYS Dept. of Corrections, and to
allow for 60 Days to properly, concisely amend complaint & summons.

**WHEREFORE, I respectfully request that the Court grant this motion, as well as such**

other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:  Seneca , New York
   *(city)*     *(state)*
   August    20, 20 11
   *(month)   (day)    (year)*

Signature Gaetano D'Attore
Address FIVE POINTS CORRECTIONAL FACILITY
6600-State Route 96, P.O. Box 119, Romulus, N.Y. 14541
Telephone Number _____ N/A
Fax Number *(if you have one)* ___ N/A

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Arresting officer- ID 897451, et al.,
_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 1315 (LAP) (RWS)

**AFFIRMATION OF SERVICE**

I, Gaetano D'Attore
_____, declare under penalty of perjury that I have
*(name)*

served a copy of the attached Notice of Motion, Affirmation in Support of Motion
_____
*(document you are serving)*

upon Loretta A. Preska _____ whose address is USDC/SDNY
*(name of person served)*

500-Pearl Street, Rm 230 NewYork, NewYork 10007
_____
*(where you served document)*

by United States Postal Service, Regular mail
_____
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Seneca _____, NewYork
       *(town/city)*      *(state)*

       August    20, 20 11
       *(month)*   *(day)*  *(year)*

Gaetano D'Attore
_____
Signature

FIVE POINTS CORRECTIONAL FAC.
_____
Address

6600 State Route 96, P.O. Box 119
_____
City, State

Romulus, New York 14541
_____
Zip Code

N/A
_____
Telephone Number

*Rev 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Arresting officer- ID 897451, et.al.

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 1315   (LAP) (RWS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of GAETANO D'ATTORE ,

*(name)*

affirmed on August 20 , 20 11 , and upon the exhibits attached thereto *(delete if no*

*(date)*

*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, (plaintiff)/defendant will move this Court, before

*(circle one)*

LORETTA A. PRESKA , United States (District)/Magistrate Judge, for an order

*(Judge's name)*                                            *(circle one)*

pursuant to Rule 15 a  of the Federal Rules of Civil Procedure granting *(state what you want the*

*Judge to order)*: an order to Second Amend the complaint and summons to

properly name the defendants, and to dismiss most agents servants,

employees, representatives from the complaint, and to allow plaintiff

60 days to complete amended (Second) complaint to file with this Court

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:  Seneca , New York      Signature Gaetano D'Attore

 *(city)*      *(state)*      Address FIVE POINTS C.F., 6600 State Route 96,

August 20, 20 11 P.O. Box 119, Romulus, N.Y. 14541

 *(month)*   *(day)*   *(year)*      Telephone Number N/A

      Fax Number *(if you have one)* N/A

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Arresting officer- ID 897451, et. al.,
_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 1315 (CAP) (RWS)

**AFFIRMATION IN
SUPPORT OF MOTION**

I, Gaetano D'Attore        , **affirm under penalty of perjury** that:
                *(name)*

1.      I, Gaetano D'Attore        , am the plaintiff/defendant in the above entitled action,
                *(name)*

                                                                *(circle one)*
and respectfully move this Court to issue an order for a Second Amended Complaint
                                                                *(state what you want the Judge to order)*

2.      The reason why I am entitled to the relief I seek is the following *(state all your reasons*

*using additional paragraphs and sheets of paper as necessary):* To properly name the defendants,
and to dismiss most agents, servants, employees, representatives for the
City of New York, State of New York, NYC/NYS Dept. of Corrections, and to
allow for 60 Days to properly, concisely amend complaint & summons.

        **WHEREFORE,** I respectfully request that the Court grant this motion, as well as such

other and further relief as may be just and proper.

        **I declare under penalty of perjury that the foregoing is true and correct.**

Dated:   Seneca      ,  New York         Signature  Gaetano D'Attore
          *(city)*         *(state)*        Address  FIVE POINTS CORRECTIONAL FACILITY
 August      20, 20 11            6600- State Route 96, P.O. Box 119, Romulus, N.Y. 14541
 *(month)*   *(day)*  *(year)*         Telephone Number        N/A
                                       Fax Number *(if you have one)*      N/A

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAETANO D'ATTORE
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Arresting officer- ID 897451, et al.,
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 1315 (CLP) (RWS)

**AFFIRMATION OF SERVICE**

I, Gaetano D'Attore _____, declare under penalty of perjury that I have
        *(name)*

served a copy of the attached Notice of Motion, Affirmation In Support of Motion
                              *(document you are serving)*

upon Loretta A. Preska _____ whose address is USDC/SDNY
     *(name of person served)*

500 Pearl Street, Rm 230 New York, New York 10007
                    *(where you served document)*

by United States Postal Service, Regular mail
        *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  Seneca          ,  New York
        *(town/city)*        *(state)*

        August       20 , 20 11
        *(month)*    *(day)  (year)*

Gaetano D'Attore
**Signature**

FIVE POINTS CORRECTIONAL FAC.
**Address**

6600 State Route 96, P.O. Box 119
**City, State**

Romulus, New York 14541
**Zip Code**

N/A
**Telephone Number**

*Rev 05/2007*

*PRO SE* OFFICE

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

J. MICHAEL McMAHON
CLERK OF COURT

# IMPORTANT NOTICE
# INCREASE IN FILING FEES

Increase in Fees

     The filing fee for new civil actions (except *habeas corpus* proceedings) is increasing to $350 and the filing fee for all appeals is increasing to $455. The Deficit Reduction Act of 2005, Senate Bill S.1932, passed by the United States Congress and signed into law by the President on February 8, 2006, increases the fee for filing a civil action in all United States District Courts from $250 to $350 (amending 28 U.S.C. § 1914(a)) and increases the fee for filing an appeal to all United States Courts of Appeals from $255 to $455 (amending 28 U.S.C. § 1913).

     **Therefore, effective April 10, 2006, the filing fee for:**

**(1) all civil actions (except *habeas corpus* actions\*) in the United States District Courts will be $350; and**

**(2) all appeals to the United States Courts of Appeals will be $455.**

     \*The fee for filing a *habeas corpus* action in the United States District Courts will remain $5.

Prisoner Authorization Form

     Any inmate who seeks to have the filing fee for a new civil action in federal district court waived and proceed *in forma pauperis* under 28 U.S.C. § 1915 must sign the **new Prisoner Authorization form** that has been distributed to this facility. **The old forms (which refer to the $250 filing fee) may <u>not</u> be used.** If you need the new form, or if you have any questions regarding the procedures of the Southern District of New York, you may contact the *Pro Se* Office by writing or calling (212) 805-0175 during business hours, 8:30am - 5:00pm, Monday - Friday (except federal holidays). Please note the *Pro Se* Office cannot accept collect calls.

2/23/2006

PRO SE OFFICE

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

J. MICHAEL McMAHON
CLERK OF COURT

## INSTRUCTIONS FOR FILING A PRISONER'S CIVIL RIGHTS COMPLAINT

Attached are a complaint form and an application to waive the filing fee for an action under 42
U.S.C. § 1983. The instructions for completing them are as follows:

1. **Caption:** The caption is located in the top left corner on the first page of the complaint. You,
as the person filing the complaint, are the plaintiff. The people you allege have violated your
rights and are responsible for your injuries should be named as the defendants. You should state
the first and last name of each defendant and badge number, if appropriate. If you do not know
the name of a defendant, you should name him or her as "John Doe" or "Jane Doe" and include
some descriptive information about that defendant. For example, "John Doe Correctional Officer
who worked the 8am-4pm shift on C-Block at Sing Sing Correctional Facility on January 1,
2003."

2. **Jury Trial:** You are entitled to a trial by jury, however, you lose your right to a jury trial if
you do not ask for it early enough. You should indicate on the first page of the complaint whether
or not you want a jury trial by checking either "yes" or "no" in the top right corner of the first
page of the complaint. You can also demand a jury trial within 10 days of service of the answer.
If you fail to request a jury trial, but later decide you want one, you may request a jury trial by
filing a formal motion and explaining why you did not ask for one earlier. The judge, however,
does not have to grant this motion.

3. **Contents:** The form should be fully completed. It can be typed or handwritten, but it must
be legible. If you need more space to answer a question, use separate sheets of 8½ x 11-inch paper
and attach them to your complaint. You are required to give facts, not legal arguments or citations.
Each plaintiff must sign the complaint with an original signature (in ink or pencil). Photocopies
of your signature cannot be accepted. The complaint need not be notarized.

4. **Copies:** You must send the Court the original complaint plus two identical copies. You should
keep another copy for your records. Copies can be handwritten or typewritten but all copies must
be identical to the original.

$250.00

5. **Fee:** The filing fee is $150.00, payable to the "Clerk of Court, USDC, SDNY", by certified
check, bank check, money order, major credit card, or cash (if your complaint is submitted in
person). No personal checks are accepted.

i

6. <u>Inability To Pay The Fee</u>: If you cannot pay the fee, you may apply to the Court to waive the fee. Complete the enclosed Request to Proceed *In Forma Pauperis* and attach it to the original complaint. The caption of this application must be identical to the caption on the complaint. If you are currently confined in a jail, prison, or other correctional facility, you must also complete a Prisoner Authorization Form and attach it to the Request to Proceed *In Forma Pauperis*. Even if the Court grants your application to waive the filing fee, your inmate account may be debited in accordance with the Prison Litigation Reform Act of 1995, codified at 28 U.S.C. § 1915(b). If there is more than one plaintiff, each plaintiff must provide a separate Request to Proceed *In Forma Pauperis* and Prisoner Authorization Form.

7. <u>Filing</u>: When you have completed the forms, mail the original and two copies of the complaint, as well as the Request to Proceed *In Forma Pauperis* and Prisoner Authorization Form, if applicable, to the *Pro Se* Office at the address above.

8. <u>Serving the Complaint</u>: After the Court has issued a summons, copies of the summons and complaint must be served upon each of the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. The plaintiff is responsible for ensuring that the defendants are served.

    a) If you submit the filing fee with your complaint, you must arrange to have service made on your defendants. Professional process servers are listed in the telephone directory and in The New York Law Journal. Although professional process servers are recommended, they may be costly. You are not required to hire a professional to effect service if you have a trusted friend or family member willing to serve the papers for you. Anyone who is eighteen years or older and not a party to the action may qualify as an appropriate server.

    b) If you seek to waive the fee and have been granted *in forma pauperis* status, you may have the United States Marshal Service serve the summons and complaint free of charge. If *in forma pauperis* status was not granted and you have paid the filing fee for the action, the United States Marshal Service may serve the summons and complaint for a fee. Please note that because of the large number of cases for which the United States Marshal Service is responsible, there may be significant delays in having your papers served by the Marshal Service.

    c) Whether you have paid the filing fee or have been granted *in forma pauperis* status, you may wish to take advantage of the Waiver of Service provision, Fed. R. Civ. P. 4(d), which permits the plaintiff to serve by first-class mail. Additional information about service will be sent to you by the *Pro Se* Office when your summons has been issued by the Court.

9. <u>Questions</u>: If you have any questions, please contact the *Pro Se* Office, (212) 805-0175, during business hours, 8:30am - 5:00pm, Monday - Friday (except federal holidays). Please note that the *Pro Se* Office cannot accept collect calls.

Rev. 09/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____

*In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
(check one)

I.       **Parties in this complaint:**

A.       List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff       Name _____
                ID # _____
                Current Institution _____
                Address _____
                _____

B.       List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

*Rev. 05/2007*                                    1

Defendant No. 1    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 2    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

II.    **Statement of Claim:**

State as briefly as possible the _facts_ of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.     In what institution did the events giving rise to your claim(s) occur? _____
_____

B.     Where in the institution did the events giving rise to your claim(s) occur? _____
_____
_____

C.     What date and approximate time did the events giving rise to your claim(s) occur? _____
_____
_____

*Rev. 05/2007*                                    2

D.    Facts:   _____

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

III.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   _____

_____
_____
_____
_____
_____
_____
_____

IV.    **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

        Yes _____   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No _____    Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _____    Do Not Know _____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.  Which claim(s) in this complaint did you grieve? _____

_____

2.  What was the result, if any? _____

_____

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2.  If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____
_____
_____
_____
_____

5.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____
_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.      **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

VI.    **Previous lawsuits:**

On
these
claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
action?

Yes _____ No _____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If
there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using
the same format.)

   1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

   2.    Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.    Docket or Index number _____

_____ 4.    Name of Judge assigned to your case _____

   5.    Approximate date of filing lawsuit _____

   6.    Is the case still pending? Yes _____ No _____

       If NO, give the approximate date of disposition _____

   7.    What was the result of the case? (For example:  Was the case dismissed?  Was there
judgment in your favor? Was the case appealed?) _____
_____
_____

On
other
claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If
there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using
the same format.)

   1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

   2.    Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.    Docket or Index number _____

_____ 4.    Name of Judge assigned to your case _____

   5.    Approximate date of filing lawsuit _____

   6.    Is the case still pending? Yes _____ No _____

       If NO, give the approximate date of disposition _____

*Rev. 05/2007*                                    6

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of _____, 20___.

Signature of Plaintiff        _____

Inmate Number               _____

Institution Address          _____

                             _____

                             _____

                             _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____

Gaetano D'Attore, Din No. 10A5728
UPSTATE CORRECTIONAL FACILITY
P.O. BOX 2001
Malone, NY 12953

October 25, 2011
Claim No. 10 Civ 1315 (LAP)(RWS)

TO: CLERK OF THE COURT
USDC/SDNY, D.P.M. CourtHouse
500-Pearl Street, Rm. 230
New York, NY 10007

Dear SIR/Madam,

PLEASE offer your service's to me once again, as I humbly request for this office/Court to do so, as I am to be Indigent, Incarcerated, In (SHU) status for the next 13 months, and have no other persons to help/assist me.

Please, make all necessary copies of the Amended Complaint, for the Court, and approx. two more, one for me, and one for the Attorney General that I will be to mail or if this office may do for me, I'd appreciate it. I thank this office/court for it's consideration in this regard.

Thank You,
Sincerely,
Gaetano D'Attore
10A5728, B, B1, 10B cell