UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

GAETANO PETER D'ATTORE,                        10 Civ. 1315

                  Plaintiff,              ORDER

   -against-

ARRESTING OFFICER, ET AL.,

                  Defendants.

------------------------------------------X

**Sweet, D.J.**

      The *pro se* plaintiff has failed to file a more definite statement as directed by the Order of April 19, 2012, and an amended complaint within 60 days as directed by the Order of June 14, 2012. Accordingly, this action is dismissed without prejudice for failure to prosecute.

      It is so ordered.

**New York, NY**
**November 18, 2012**

                                      ROBERT W. SWEET
                                      U.S.D.J.